COMMONWEALTH of Pennsylvania,
Appellee

v.

William Joseph CARPENTER,
Appellant.

Supreme Court of Pennsylvania.

Submitted Aug. 19, 2003.

Decided Dec. 30, 2003.

Burton A. Rose, Philadelphia, for William Joseph Carpenter, appellant.

Hugh J. Burns, Philadelphia, for the Com. of PA, appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice LAMB notes his dissent.